**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KAREN D. K., | ) | NO. ED CV 22-1694-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

DATED: October 18, 2023.

_____
/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE